## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

---

| | | |
|---|---|---|
| HARON COLE, on behalf of himself and all others similarly situated, | : | Case no. 1:25-cv-2092 |
| Plaintiffs, | : | |
| v. | : | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Sariana, LLC, | : | |
| Defendant. | : | |

---

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: June 17, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law