UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Haron Cole
                        Plaintiff,
v.                                          Case No.: 1:25−cv−02092
                                            Honorable Mary M. Rowland
Sariana, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2025:

    MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' notice of voluntary dismissal. Pursuant to FRCP 41(a)(1)(A)(i), this matter is dismissed with prejudice. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.